**Order entered August 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00857-CV

### KENNETH BUHOLTZ, Appellant

### V.

### LEAP PROPERTY MANAGEMENT, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05525-B**

## ORDER

Before the Court is appellant's August 8, 2019 motion to stay proceedings due to an "unforeseeable" move expected to occur in sixty days. Appellant has provided the Court and other parties his new address but appears to be concerned that any mail sent to him over the next sixty days may get lost.

We note the appellate record has not yet been filed and is due August 27, 2019. To the extent the record is timely filed triggering the briefing deadline, we **ORDER** appellant's brief be filed by the later of thirty days from the date the appellate record is complete or October 16, 2019. We further **ORDER** appellant to notify the Court and other parties when he has moved to his new address.

/s/    KEN MOLBERG
        JUSTICE